### 26430. MILLER v. THE STATE.

GUERRY, J. The evidence amply supports the verdict. The judge did not err in overruling the motion for new trial based on the general grounds only. *Judgment affirmed. Broyles, C. J., and MacIntyre, J., concur.*
DECIDED SEPTEMBER 25, 1937.

*H. E. Coates,* for plaintiff in error.
*M. H. Boyer, solicitor-general,* contra.